599

413 A.2d 1119

Commonwealth v. Norris, Appellant.

Submitted March 31, 1978. John W. Packel, Assistant Public Defender, Chief, Appeals Division, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J. filed a dissenting statement.

JACOBS, former P. J. and HOFFMAN, J. did not participate in the consideration or decision of this case.

413 A.2d 1119

Commonwealth v. Rigby, Appellant.

Submitted June 12, 1978. George B. Ditter, Assistant Public Defender, Chief, Appeals Division, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J. and HOFFMAN, J. did not participate in the consideration or decision of this case.